# Update to Financial Disclosure Form
## Sandra Ikuta, June 28, 2007

1.  Please add the following information to Section VII, Investments and Trusts:

| Line # | A. Asset | D.(1) Type | D.(2) Date month day | D.(3) Value code |
|---|---|---|---|---|
| 14 | IRA#2 | | | |
| 15 | -Columbia Marsico 21st Century Fund | buy | 8-28 | M |
| 16 | -John Hancock Classic Value Fund A | buy | 8-23 | L |
| 17 | -Oppenheimer Intl Bond Class A | buy | 8-28 | L |
| 18 | -Oppenheimer Global Opportunities Fund | buy | 8-25 | L |
| 19 | -Van Kampen Small Cap Value FD Class A | buy | 8-28 | M |
| 20 | -Van Kampen Small Cap Growth Fund | buy | 8-28 | L |
| 21 | -Pershing Government Account (Broker = First Allied Securities Inc.) | open | 7-24 | N |
| 33 | -Brokerage Money Market Account (Broker = First Allied Securities Inc.) | open | 6-29 | K |

2.  Part VII, line 47, lists Robert Mondavi Corporation Class A common stock. This asset was inadvertently omitted from my Financial Disclosure Report – Nomination Filing, filed on February 9, 2006.

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Ikuta, Sandra S | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>06/25/2007 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☒ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals - Ninth<br>125 South Grand Avenue<br>Pasadena, California 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Deputy Secretary and General Counsel (until July 8, 2006) | California Resources Agency |
| 2. Alternate Director (until July 8, 2006) | Pacific Forest and Watershed Lands Stewardship Council |
| 3. Trustee #1 | Trust #1 |
| 4. Trustee #2 | Trust #2 |
| 5. Executor | Estate #1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 1997 | O'Melveny & Myers Defined Benefit Plan with former law firm, no control |
| 2. 2004 | CalPERS California Public Employee Retirement System (until July 8, 2006) |
| 3. | |

FINANCIAL DISCLOSURE OFFICE　2007 JUN 26 A 11: 17　RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Wages, State of California (until 7/8/06) | $ 46,044 |
| 2. 11.30.06 | Steven Cruz, down payment on residence (forfeited) | $ 3.750 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | self-employment earnings, freelance photographer |
| 2. 11.30.06 | Steven Cruz, down payment on residence (forfeited) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S | 06/25/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on rental property, Agoura, California | M |
| 2. | Citimortgage | Mortgage on rental property, West Los Angeles, California | M |
| 3. | Chase Home Finance LLC | Mortgage on rental property, Los Angeles, California | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ING Direct Accounts (cash equivalent) | B | Interest | K | T | | | | | |
| 2. Bank of America | A | Dividend | J | T | | | | | |
| 3. Trust 1 | | | | | | | | | |
| 4. -Rental Property, Agoura, California | E | Rent | O | W | | | | | |
| 5. -50% interest in rental property, Venice, California | E | Rent | N | W | | | | | |
| 6. -50% interest in rental property, W. Los Angeles, California | D | Rent | N | W | | | | | |
| 7. -60% interest in rental property, Los Angeles, California | E | Rent | O | W | | | | | |
| 8. -Investment property, Kulakai, Hawaii | | None | N | W | | | | | |
| 9. IRA | | | | | closed | 7.10 | | | |
| 10. -FEQTX Fid. Equity Income II | B | Dividend | | | sold | 7.10 | L | A | |
| 11. -FTHRX Fid. Intermed Bond | C | Dividend | | | sold | 7.10 | L | A | |
| 12. -FUSEX Spartan US Eq Index | A | Dividend | | | sold | 7.10 | L | A | |
| 13. OBTS SEI Stable Asset | D | Dividend | | | sold | 7.10 | M | A | |
| 14. IRA#2 | C | Dividend | O | T | | | | | |
| 15. -Columbia Marsico 21st Century Fund | | | | | | | | | |
| 16. -John Hancock Classic Value Fund Class A | | | | | | | | | |
| 17. -Oppenheimer Intl Bond Class A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns Cl and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Oppenheimer Global Opportunities Fund | | | | | | | | | |
| 19.  -Van Kampen Small Cap Value FD Class A | | | | | | | | | |
| 20.  -Van Kampen Small Cap Growth Fund | | | | | | | | | |
| 21.  -Pershing Government Account | | | | | | | | | |
| 22.  Brokerage Account #1 | | | | | | | | | |
| 23.  -500 Index Fund Inv | A | Dividend | K | T | | | | | |
| 24.  -Small-Cap Index Fund Inv | A | Dividend | K | T | | | | | |
| 25.  American Funds VCSP/College America (529 Plan) | C | Dividend | L | T | | | | | |
| 26.  -Growth Fund of America 529A | | | | | | | | | |
| 27.  -The Investment Company of America - 529A | | | | | | | | | |
| 28.  -Washington Mutual Investors Fund-529A | | | | | | | | | |
| 29.  -The Bond Fund of America 529A | | | | | | | | | |
| 30.  Brokerage Account #2 | | | | | | | | | |
| 31.  -Federated Capital Reserves | A | Dividend | | | closed | 6.27 | K | | |
| 32.  -Alliancebernstein Capital Resv | A | Dividend | | | closed | 1.1 | J | | |
| 33.  -Brokerage Money Market Account | B | Dividend | N | T | | | | | |
| 34.  -Eaton Vance Tax Managed Growth Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Class B Open End | | | | | | | | | |
| 35. -MFS Capital Opportunities Fund Class B Open End Fund | | None | J | T | | | | | |
| 36. -New Perspective Fund Class B | A | Dividend | J | T | | | | | |
| 37. -Putnam Voyager Fund Class B | | None | J | T | | | | | |
| 38. Flexible Variable Universal Life Ins Incentive Life | | | | | | | | | |
| 39. -Eq/Alliance Common Stock | A | Dividend | K | T | | | | | |
| 40. -Eq/Bernstein Diversified Value | A | Dividend | K | T | | | | | |
| 41. -Eq/Equity 500 Index | A | Dividend | K | T | | | | | |
| 42. -Eq/Fi Small Mid Cap Value | A | Dividend | J | T | | | | | |
| 43. -Eq/Mercury Bsic Value Equity | A | Distribution | K | T | | | | | |
| 44. -Eq/Mercury International Value | A | Dividend | J | T | | | | | |
| 45. -Eq/MFS Emerging Growth Companies | A | Dividend | J | T | | | | | |
| 46. Series EE U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 47. Robert Mondavi Corporation Class A common stock | A | Dividend | | | surrendered | 6.28 | J | | |
| 48. 401K and 457 Gartmor InvDes Agg Fd SC (California Savings P) | A | Dividend | | | closed | 8.01 | L | | |
| 49. American General Life insurance whole life | A | Interest | | | matured | 2.1 | J | | |
| 50. Estate #1 | E | Int./Div. | O | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S | 06/25/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. --TD Bank USA NA Money Market Account | | | | | | | | | |
| 52. --Vanguard Index Trust 500 Portfolio (50% interest) | | | | | | | | | |
| 53. --Vanguard Index Trust-Small Cap Stock Fund | | | | | | | | | |
| 54. --U.S. Treasury Notes | | | | | redeemed | 10.10 | N | A | |
| 55. --Lehman Bros Bk FSB Wilmington Del C/D | | | | | sold | 5.25 | L | A | |
| 56. --United Cmty Bks Inc Blairsville Ga C/D | | | | | sold | 5.25 | L | A | |
| 57. --Fremont Invt & LN Calif C/D | | | | | sold | 8.15 | L | A | |
| 58. --Anchor Mut Svgs Bk Aberdeen Wash C/D | | | | | sold | 8.17 | L | A | |
| 59. --Providian Natl Bk Tilton New Hampsire c/d | | | | | | | | | |
| 60. --Israel Disc Bk NY, NY C/D Fedl Insd to 100 M Act | | | | | | | | | |
| 61. --Oriental Bk & Tr Hato Rey PR C/D | | | | | | | | | |
| 62. --Washington Mut Bk FA Stockton CA C/D | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I, Line 4: Trust held ▇▇▇▇ which was sold

Part IIIA, Line 2 and Part IIIB, Line 2: My ▇▇▇▇ and I each have a 1/2 community property interest in the $3,750.

Part VI, Line 2: I have reported a value code for the entire mortgage amount, although my ▇▇▇▇ and I have only a 50% ownership interest.

Part VI, Line 3: I have reported a value code for the entire mortgage amount, although my ▇▇▇▇ and I have only a 60% ownership interest.

Part VII, Lines 5 and 6: I have reported the gross value of the 50% interest owned by my ▇▇▇▇ and me.

Part VII, Line 7: I have reported the gross value of the 60% interest owned by my ▇▇▇▇ and me. As of December 9, 2006, this asset is owned but no longer reportable.

Part VII, Line 32: This general brokerage money market account was closed in 2005 and replaced by Federated Capital Reserves.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                                                 Date  6/25/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544